**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

APR 2 9 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>PERLA JULIANA CASTRO-CASTRO,<br><br>      Defendant. | CASE NO. 10cr1032-BTM<br><br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __21 USC 846 and 841 (a)(1) - Conspiracy to Possess Cocain with Intent to Distribute__

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/29/10

          _____
          WILLIAM McCURINE, JR
          UNITED STATES MAGISTRATE JUDGE

        ENTERED ON _____